AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

OSCAR GABRIEL PERAZA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2296 H

I, OSCAR GABRIEL PERAZA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X Oscar Gabriel Peraza
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER