AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Oscar Gabriel Peraza

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 2296-H

I, Oscar Gabriel Peraza, the above named defendant, who is accused of

8 U.S.C. §1001, False Statement to a Federal Officer.

being advised of the nature of the charge(s), the proposed superceding information, and of my rights, hereby waive in open court on 7/22/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Oscar Gabriel Peraza
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer*